IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01215-BNB

TRAVIS COOPER BLEA,

Plaintiff,

v.

SGT. KIRKLAND,
CO SANGER,
WARDEN TRAVIS TRANI,
LT. CONNER, Case Manager, and
CO YATES,

Defendants.

## ORDER OF DISMISSAL

Plaintiff Travis Cooper Blea is detained at the Lincoln County Jail in Hugo, Colorado. On May 18, 2010, Mr. Blea, acting *pro se*, initiated this action by submitting to the Court a pleading titled, "Affidavit." Magistrate Judge Boyd N. Boland entered an order on May 26, 2010, finding that the pleading is deficient and directing Mr. Blea to file his claims on a Court-approved form used in filing prisoner complaints, to submit to a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, and to attach a **certified copy** of his trust fund account statement for the six months immediately preceding his filing. Mr. Blea was warned that if he failed to comply within the time allowed the Complaint and action would be dismissed.

On June 8, 2010, Mr. Blea submitted a Prisoner Complaint, a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, and a copy of his trust

fund account statement. The trust fund account statement, as required by 28 U.S.C. § 1915(a)(2), is not certified by a prison official. Mr. Blea, therefore, has failed to cure all the deficiencies noted in the May 26 Order within the time allowed. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice for failure to cure all the deficiencies within the time allowed.

DATED at Denver, Colorado, this  6th  day of  July , 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01215-BNB

Travis Cooper Blea
Lincoln County Jail
P.O. Box 10
Hugo, CO 80821

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 7/7/10

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk